IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
21 AUG 23 PM 3:37
CLERK
WESTERN

| | |
|---|---|
| E.T., BY AND THROUGH HER PARENTS AND NEXT FRIENDS; D.D., BY AND THROUGH HER PARENTS AND NEXT FRIENDS; E.R., BY AND THROUGH HER PARENTS AND NEXT FRIENDS; J.R., BY AND THROUGH HER PARENTS AND NEXT FRIENDS; H.M, BY AND THROUGH HER PARENTS AND NEXT FRIENDS; N.C., BY AND THROUGH HER PARENTS AND NEXT FRIENDS; J.G., BY AND THROUGH HER PARENTS AND NEXT FRIENDS; E.S., BY AND THROUGH HER PARENTS AND NEXT FRIENDS; M.P, BY AND THROUGH HER PARENTS AND NEXT FRIENDS; S.P., BY AND THROUGH HER PARENTS AND NEXT FRIENDS; R.S., BY AND THROUGH HER PARENTS AND NEXT FRIENDS; J.V., BY AND THROUGH HER PARENTS AND NEXT FRIENDS; H.P., BY AND THROUGH HER PARENTS AND NEXT FRIENDS; AND A.M., BY AND THROUGH HER PARENTS AND NEXT FRIENDS,<br>          PLAINTIFFS, | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |
| V. | §     CAUSE NO. 1:21-CV-717-LY |
| GOVERNOR GREG ABBOTT, IN HIS OFFICIAL CAPACITY AS GOVERNOR OF TEXAS; MIKE MORATH, IN HIS OFFICIAL CAPACITY AS THE COMMISSIONER OF THE TEXAS EDUCATION AGENCY; AND THE TEXAS EDUCATION AGENCY,<br>          DEFENDANTS. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

## ORDER

**IT IS ORDERED** that the above entitled and numbered cause is **SET** for a Telephone Conference on **Thursday, August 26, 2021, at 9:00 a.m., Austin Time**. The parties are to call the court's telephone conference line at (877) 873-8017; Access Code: 7996289. Please contact Chambers at (512) 916-5756 if you have any questions.

SIGNED this **23rd** day of August, 2021.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE