IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED

21 AUG 26  PM 4: 04

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

| | |
|---|---|
| E.T., BY AND THROUGH HER PARENTS AND NEXT FRIENDS; D.D., BY AND THROUGH HER PARENTS AND NEXT FRIENDS; E.R., BY AND THROUGH HER PARENTS AND NEXT FRIENDS; J.R., BY AND THROUGH HER PARENTS AND NEXT FRIENDS; H.M, BY AND THROUGH HER PARENTS AND NEXT FRIENDS; N.C., BY AND THROUGH HER PARENTS AND NEXT FRIENDS; J.G., BY AND THROUGH HER PARENTS AND NEXT FRIENDS; E.S., BY AND THROUGH HER PARENTS AND NEXT FRIENDS; M.P, BY AND THROUGH HER PARENTS AND NEXT FRIENDS; S.P., BY AND THROUGH HER PARENTS AND NEXT FRIENDS; R.S., BY AND THROUGH HER PARENTS AND NEXT FRIENDS; J.V., BY AND THROUGH HER PARENTS AND NEXT FRIENDS; H.P., BY AND THROUGH HER PARENTS AND NEXT FRIENDS; AND A.M., BY AND THROUGH HER PARENTS AND NEXT FRIENDS, PLAINTIFFS, <br><br> V. <br><br> GOVERNOR GREG ABBOTT, IN HIS OFFICIAL CAPACITY AS GOVERNOR OF TEXAS; MIKE MORATH, IN HIS OFFICIAL CAPACITY AS THE COMMISSIONER OF THE TEXAS EDUCATION AGENCY; AND THE TEXAS EDUCATION AGENCY, DEFENDANTS. | § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> §  CAUSE NO. 1:21-CV-717-LY |

## ORDER SETTING BENCH TRIAL

**IT IS ORDERED** that the above entitled and numbered cause is **SET** for **Bench Trial** in

Courtroom No. 7, on the Seventh Floor of the United States Courthouse, 501 West Fifth Street,

Austin, Texas, on **Wednesday, October 6, 2021, at 9:00 a.m.**

SIGNED this _____ day of August, 2021.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE