IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| E.T. by and through her parents and and next friends, et al<br><br>*Plaintiffs*<br><br>v.<br><br>Governor Greg Abbott, Governor of of Texas; Mike Morath, Commissioner the Texas Education Agency; and the Texas Education Agency<br>*Defendants* | §§§§§§§§§§§§ | Civil Action No. 1:21-cv-00717-LY |

### DEFENDANTS' AGREED NOTICE OF APPEARANCE OF COUNSEL

Defendants Governor Greg Abbott, in his official capacity as Governor of Texas, Mike Morath Morath, in his official capacity as Commissioner of the Texas Education Agency; and the Texas Education Agency (collectively "Defendants") respectfully submit this Agreed Notice of Appearance of Counsel.

Defendants hereby notify the Court that Assistant Attorney Generals Ryan G. Kercher, Taylor Gifford, and Christopher Hilton enter their appearance as counsel for Defendants in the above-captions matter for the limited purpose of receiving notice via the Court's CM/ECF system. The parties agree that this Notice of Appearance does not waive any defenses or objections Defendants may be entitled to assert pursuant to Rule 12 of the Federal Rules of Civil Procedure or otherwise under the due order of pleadings.

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

*Defendants' Agreed Notice of Appearance of Counsel*

BRENT WEBSTER
First Assistant Attorney General

GRANT DORFMAN
Deputy First Assistant Attorney General

SHAWN COWLES
Deputy Attorney General for Civil Litigation

THOMAS A. ALBRIGHT
Chief - General Litigation Division


/s/ *Ryan G. Kercher*
RYAN G. KERCHER
Texas Bar No. 24060998
TAYLOR GIFFORD
Texas Bar No. 24026272
CHRISTOPHER HILTON
Texas Bar No. 24087727
Assistant Attorneys General
Office of the Attorney General
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Phone: 512-463-2120
Fax: 512-320-0667
Ryan.Kercher@oag.texas.gov
Taylor.Gifford@oag.texas.gov
Christopher.Hilton@oag.texas.gov
*Counsel for Defendants*



/s/ Brandon Duke
Thomas M. Melsheimer
Alex Wolens
Scott C. Thomas
Winston & Strawn, LLP
2121 N. Pearl Street, Ste 900
Dallas, TX 75201
tmelsheimer@winston.com
awolens@winston.com
scthomas@winston.com

*Defendants' Agreed Notice of Appearance of Counsel*

Brandon W. Duke
Winston & Strawn, LLP
800 Capital Street, Ste 2400
Houston TX 77002-2925
bduke@winston.com

Dustin Wade Rynders
Disability Rights Texas
1500 McGowen, Ste 100
Houston TX 77004
drynders@drtx.org

L. Kym Davis Rogers
Disability Rights Texas
1420 W. Mockingbird Lane, Ste 450
Dallas TX 75247
Krogers@drtx.org

Peter Hofer
Disability Rights Texas
2222 W. Braker Ln.
Austin TX 78758
phofer@disabilityrightstx.org

Robert Wintrode
Disability Rights Texas
2111 E. Missouri, Ste 243
El Paso TX 79903
*Pro Hac Vice*

## CERTIFICATE OF SERVICE

I certify that on August 27, 2021, a true and correct copy of the foregoing document was served via the Court's CM/ECF system to all counsel of record.

    */s/ Ryan G. Kercher*
RYAN G. KERCHER
Assistant Attorney General