UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
21 SEP -3 PM 2:02

| | |
|---|---|
| E.T., by and through her parents and next friends; D.D., by and through her parents and next friends; E.R., by and through her parents and next friends; J.R., by and through her parents and next friends; H.M., by and through her parents and next friends; N.C., by and through her parents and next friends; J.G., by and through her parents and next friends; E.S., by and through her parents and next friends; M.P., by and through her parents and next friends; S.P., by and through her parents and next friends; R.S., by and through her parents and next friends; J.V., by and through her parents and next friends; H.P., by and through her parents and next friends; and A.M., by and through her parents and next friends. ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 1:21-CV-00717-LY |

     Plaintiffs,

     v.

GOVERNOR GREG ABBOTT, in his official
capacity as GOVERNOR OF TEXAS;
MIKE MORATH, in his official capacity as the
COMMISSIONER of the TEXAS
EDUCATION AGENCY; the TEXAS
EDUCATION AGENCY; and ATTORNEY
GENERAL KENNETH PAXTON, in his
official capacity as ATTORNEY GENERAL
OF TEXAS,

     Defendants.

## SCHEDULING ORDER

Pursuant to Rule 16, Federal Rules of Civil Procedure, the Court issues the following scheduling order.

1

IT IS ORDERED THAT:

1. The Parties will each submit briefs no longer than 10 pages addressing arguments as to whether the current parties are proper to this litigation:

    a. Defendants shall serve and file their brief on or before September 3, 2021; and

    b. Plaintiffs shall server and file their response brief on or before September 7, 2021.

2. Plaintiffs shall serve, but not file, their proposed list of stipulated facts on or before September 1, 2021.

3. Each party shall serve, but not file, the materials required by Federal Rule of Civil Procedure 26(a)(1), including any relevant documents or materials, and disclose the topics for which each party intends on designating testifying experts on or before September 7, 2021.

4. Each party shall serve, but not file, the materials required by Federal Rule of Civil Procedure 26(a)(2), including any affidavits or written reports of testifying experts, on or before September 13, 2021. All designations of rebuttal experts, along with the materials required by Federal Rule of Civil Procedure 26(a)(2)(B) for such rebuttal experts, shall be served by the parties on or before September 17, 2021.

5. The parties shall complete discovery, including any depositions, on or before September 24, 2021. Counsel may, by agreement, continue discovery beyond the deadline, but there will be no intervention by the Court except in extraordinary circumstances, and no trial setting will be vacated because of information obtained in post-deadline discovery.

6. Each party shall serve and file the following on or before September 29, 2021:

    a. a list of stipulated facts;

    b. a list of each exhibit (except those to be used for impeachment only), separately

       identifying those that the party expects to offer and those that the party may offer if the need arises;

   c. a list of each witness (except those to be used for impeachment only), separately identifying those whom the party expects to present and those whom the party may call if the need arises,

   d. a list of those witnesses whose testimony is expected to be presented by means of a deposition and designation by reference to page and line of the testimony to be offered (except those to be used for impeachment only);

   e. any pre-trial motions, including any objection to the reliability of an expert's proposed testimony under Federal Rule of Evidence 702 specifically stating the basis for the objection and identifying the objectionable testimony; and

   f. proposed findings of fact and conclusions of law.

7. Each party shall serve and file the following on or before October 4, 2021:

   a. a list disclosing any objections to the use of deposition testimony designated by the other party, along with any counter-designation of such testimony by reference to the page and line of the testimony to be offered; and

   b. a list disclosing any objection, together with the grounds therefore, that may be made to the admissibility of any exhibits and any objections not so disclosed, other than objections under Federal Rules of Evidence 402 and 403, shall be deemed waived unless excused by the court for good cause shown and any exhibit not otherwise objected by a party shall be deemed pre-admitted; and

   c. responses to any pre-trial motions.

8. Pursuant to Rule CV-1(e) of The Local Rules of the United States District Court

3

for the Western District of Texas, as amended June 24, 2021, Rule 88 of those rules is waived.

9. This case is set for ~~final pretrial conference in chambers, on the day of~~ ~~, 2021, at~~ ~~and~~ *bench* trial ~~in the month of~~ *October 6*, 20*21* at *9:00 a.m.* ~~The final pretrial conference shall be attended by at least one of the attorneys who will conduct the trial for each of the parties.~~

SIGNED this *3rd* day of *September*, 2021.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE

**AGREED:**

/s/ Thomas M. Melsheimer
Thomas M. Melsheimer
Texas Bar No. 13922550
tmelsheimer@winston.com
Scott C. Thomas
Texas Bar No. 24046964
scthomas@winston.com
Alex Wolens
Texas Bar No. 24110546
John Michael Gaddis (*pro hac vice*)
Texas Bar No. 24069747
**WINSTON & STRAWN LLP**
2121 N. Pearl Street, Suite 900
Dallas, TX 75201
(214) 453-6500
(214) 453-6400 (fax)

Brandon W. Duke (*pro hac vice*)
Texas Bar No. 240994476
bduke@winston.com
**WINSTON & STRAWN LLP**
800 Capitol St., Suite 2400
Houston, TX 77002
Tel. 713-651-2600
(713) 651-2700 (fax)

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

GRANT DORFMAN
Deputy First Assistant Attorney General

SHAWN COWLES
Deputy Attorney General for Civil Litigation

THOMAS A. ALBRIGHT
Chief - General Litigation Division

/s/ Ryan G. Kercher
RYAN G. KERCHER
Texas Bar No. 24060998
TAYLOR GIFFORD
Texas Bar No. 24026272
CHRISTOPHER HILTON
Texas Bar No. 24087727
Assistant Attorneys General
Office of the Attorney General
P.O. Box 12548, Capitol Station

4

Dustin Rynders (*pro hac vice*)
Texas Bar No. 24048005
drynders@drtx.org
**DISABILITY RIGHTS TEXAS**
1500 McGowen, Suite 100
Houston, Texas 77004
(713) 974-7691
(713) 974-7695 (fax)

L. Kym Davis Rogers
Texas Bar No. 00796442
krogers@drtx.org
**DISABILITY RIGHTS TEXAS**
1420 W. Mockingbird Lane, Suite 450
Dallas, Texas 75247
(214) 845-4045
(214) 630-3472 (fax)

Robert Winterode (*pro hac vice*)
Texas Bar No. 24085664
rwinterode@drtx.org
**DISABILITY RIGHTS TEXAS**
2211 E. Missouri, Suite 243
El Paso, Texas 79903
(210) 424-9652
(915) 542-2676 (fax)

Brian East
Texas Bar No. 06360800
beast@drtx.org
Peter Hofer
Texas Bar No. 09777275
phofer@drtx.org
**DISABILITY RIGHTS TEXAS**
2222 West Braker Lane
Austin, Texas 78758
(512) 407-2745
(512) 454-3999 (fax)

*Counsel for Plaintiffs*

Austin, Texas 78711-2548
Phone: 512-463-2120
Fax: 512-320-0667
Ryan.Kercher@oag.texas.gov
Taylor.Gifford@oag.texas.gov
Christopher.Hilton@oag.texas.gov

*Counsel for Defendants*