IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| E.T., BY AND THROUGH HER PARENTS AND NEXT FRIENDS; D.D., BY AND THROUGH HER PARENTS AND NEXT FRIENDS; E.R., BY AND THROUGH HER PARENTS AND NEXT FRIENDS; J.R., BY AND THROUGH HER PARENTS AND NEXT FRIENDS; H.M, BY AND THROUGH HER PARENTS AND NEXT FRIENDS; N.C., BY AND THROUGH HER PARENTS AND NEXT FRIENDS; J.G., BY AND THROUGH HER PARENTS AND NEXT FRIENDS; E.S., BY AND THROUGH HER PARENTS AND NEXT FRIENDS; M.P, BY AND THROUGH HER PARENTS AND NEXT FRIENDS; S.P., BY AND THROUGH HER PARENTS AND NEXT FRIENDS; R.S., BY AND THROUGH HER PARENTS AND NEXT FRIENDS; J.V., BY AND THROUGH HER PARENTS AND NEXT FRIENDS; H.P., BY AND THROUGH HER PARENTS AND NEXT FRIENDS; AND A.M., BY AND THROUGH HER PARENTS AND NEXT FRIENDS,<br>PLAINTIFFS,<br><br>V.<br><br>GOVERNOR GREG ABBOTT, IN HIS OFFICIAL CAPACITY AS GOVERNOR OF TEXAS; MIKE MORATH, IN HIS OFFICIAL CAPACITY AS THE COMMISSIONER OF THE TEXAS EDUCATION AGENCY; AND THE TEXAS EDUCATION AGENCY,<br>DEFENDANTS. | § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § | CAUSE NO. 1:21-CV-717-LY |

## ORDER

Before the court is the above-styled and numbered action. On September 9, 2019, the court held a telephone conference regarding Plaintiffs' request for a temporary restraining order, at which all parties were represented by counsel. As a result of the conference,

**IT IS ORDERED** that Defendants may file a response to Plaintiffs' Emergency Motion For a Temporary Restraining Order **on or before 5:00 p.m. Monday, September 13, 2021.**

**IT IS FURTHER ORDERED** that a Hearing on Plaintiffs' request for a temporary restraining order is set for **Wednesday, September 15, 2021, at 9:00 a.m.** in Courtroom 7, Seventh Floor of the United States Courthouse, 501 West 5th Street, Austin, Texas.

SIGNED this __9th__ day of September, 2021.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE