IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2021 SEP 15 PM 3: 55
CLERK, US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____

| | | |
|---|---|---|
| E.T., BY AND THROUGH HER PARENTS AND NEXT FRIENDS; D.D., BY AND THROUGH HER PARENTS AND NEXT FRIENDS; E.R., BY AND THROUGH HER PARENTS AND NEXT FRIENDS; J.R., BY AND THROUGH HER PARENTS AND NEXT FRIENDS; H.M, BY AND THROUGH HER PARENTS AND NEXT FRIENDS; N.C., BY AND THROUGH HER PARENTS AND NEXT FRIENDS; J.G., BY AND THROUGH HER PARENTS AND NEXT FRIENDS; E.S., BY AND THROUGH HER PARENTS AND NEXT FRIENDS; M.P, BY AND THROUGH HER PARENTS AND NEXT FRIENDS; S.P., BY AND THROUGH HER PARENTS AND NEXT FRIENDS; R.S., BY AND THROUGH HER PARENTS AND NEXT FRIENDS; J.V., BY AND THROUGH HER PARENTS AND NEXT FRIENDS; H.P., BY AND THROUGH HER PARENTS AND NEXT FRIENDS; AND A.M., BY AND THROUGH HER PARENTS AND NEXT FRIENDS, <br>           PLAINTIFFS, <br><br> V. <br><br> GOVERNOR GREG ABBOTT, IN HIS OFFICIAL CAPACITY AS GOVERNOR OF TEXAS; MIKE MORATH, IN HIS OFFICIAL CAPACITY AS THE COMMISSIONER OF THE TEXAS EDUCATION AGENCY; AND THE TEXAS EDUCATION AGENCY, <br>           DEFENDANTS. | § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § | CAUSE NO. 1:21-CV-717-LY |

## ORDER

Before the court is the above-styled and numbered action. On September 15, 2021, the court conducted a hearing on Plaintiffs' Emergency Motion for Temporary Restraining Order filed August 18, 2021 (Doc. #7), at which counsel for all parties appeared and presented argument. Having considered the motion, response, reply, and argument of counsel, the court

**ORDERS** that Plaintiffs' Emergency Motion for Temporary Restraining Order filed August 18, 2021 (Doc. #7) is **DENIED** substantially the reasons stated on the record in open court.

SIGNED this __15th__ day of September, 2021.

```
_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE
```