IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| E.T. by and through her parents and and next friends, et al.,<br><br>*Plaintiffs,*<br><br>v.<br><br>Mike Morath, in his official capacity as the Commissioner of the Texas Education Agency; the Texas Education Agency; and Attorney General Ken Paxton, in is official capacity as Attorney General of Texas,<br><br>*Defendants.* | § § § § § § § § § § § § § § § § | Civil Action No. 1:21-cv-00717-LY |

## DEFENDANTS' EXHIBIT LIST

| EXHIBIT NUMBER | DESCRIPTION |
|---|---|
| Exhibit 1 | Executive Order GA-38 |
| Exhibit 2 | Executive Order GA-36 |
| Exhibit 3 | August 5, 2021 TEA Public Health Guidance |
| Exhibit 4 | August 19, 2021 TEA Public Health Guidance |
| Exhibit 5 | September 2, 2021 TEA Public Health Guidance |
| Exhibit 6 | September 17, 2021 TEA Public Health Guidance |
| Exhibit 7 | Ashley Jernigan Deposition Excerpts |
| Exhibit 8 | Megan Aghazadian Deposition Excerpts |
| Exhibit 9 | Austin Kinghorn Deposition Excerpts |
| Exhibit 10 | Dept. of State Health Svcs. COVID-19 Data (combined) |
| Exhibit 11 | Fort Bend ISD COVID-19 Dashboard |

| | |
|---|---|
| Exhibit 12 | Fort Bend ISD COVID-19 Dashboard |
| Exhibit 13 | August 8, 2021 DSHS School and ISD COVID-19Data |
| Exhibit 14 | August 15, 2021 DSHS School and ISD COVID-19 Data |
| Exhibit 15 | August 22, 2021 DSHS School and ISD COVID-19 Data |
| Exhibit 16 | August 31, 2021 DSHS School and ISD COVID-19 Data |
| Exhibit 17 | September 7, 2021 DSHS School and ISD COVID-19 Data |
| Exhibit 18 | September 14, 2021 DSHS School and ISD COVID-19 Data |
| Exhibit 19 | September 19, 2021 DSHS School and ISD COVID-19 Data |
| Exhibit 20 | Round Rock ISD COVID-10 Dashboard |
| Exhibit 21 | Richardson ISD COVID-10 Dashboard (1) |
| Exhibit 22 | Richardson ISD COVID-10 Dashboard (2) |
| Exhibit 23 | San Antonio ISD COVID-10 Dashboard (1) |
| Exhibit 24 | San Antonio ISD COVID-10 Dashboard (2) |
| Exhibit 25 | Leander ISD COVID-10 Dashboard (1) |
| Exhibit 26 | Leander ISD COVID-10 Dashboard (2) |
| Exhibit 27 | Killeen ISD COVID-10 Dashboard (1) |
| Exhibit 28 | Killeen ISD COVID-10 Dashboard (2) |

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

GRANT DORFMAN
Deputy First Assistant Attorney General

SHAWN COWLES
Deputy Attorney General for Civil Litigation

        THOMAS A. ALBRIGHT
        Chief - General Litigation Division

        /s/  Ryan G. Kercher
        RYAN G. KERCHER
        Texas Bar No. 24060998
        TAYLOR GIFFORD
        Texas Bar No. 24027262
        CHRISTOPHER HILTON
        Texas Bar No. 24087727
        TODD DICKERSON
        Texas Bar No. 24118368
        Assistant Attorneys General
        Office of the Attorney General
        P.O. Box 12548, Capitol Station
        Austin, Texas 78711-2548
        Phone: 512-463-2120
        Fax: 512-320-0667
        Ryan.Kercher@oag.texas.gov
        Taylor.Gifford@oag.texas.gov
        Christopher.Hilton@oag.texas.gov
        *Counsel for Defendants*

## CERTIFICATE OF SERVICE

    I certify that on September 29, 2021, a true and correct copy of the foregoing document was served via the Court's CM/ECF system to all counsel of record.

        /s/ Ryan G. Kercher
        RYAN G. KERCHER
        Assistant Attorney General