IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| E.T. by and through her parents and and next friends, et al | § § § | |
| Plaintiffs | § § § | |
| v. | § § § | Civil Action No. 1:21-cv-00717-LY |
| Mike Morath, in his official capacity as the Commissioner of the Texas Education Agency; the Texas Education Agency; And Attorney General Ken Paxton, in is official capacity as Attorney General of Texas | § § § § § § § § | |
| Defendants | § § | |

## DEFENDANTS' DEPOSITION DESIGNATIONS

Defendants Mike Morath, in his official capacity as the Commissioner of the Texas Education Agency; the Texas Education Agency; and Attorney General Ken Paxton, in his official capacity as Attorney General of Texas (collectively "Defendants") hereby submit the following deposition designations as follows:

**AUSTIN KINGHORN**
1:1-4:25
6:19-21
8:6-8
10:14-19
19:7
22:4-19
23:11-19
39:24-40:5
40:11-19

**ASHLEY JERNIGAN**
1:1-5:25
8:8-14
10:10-21
12:23-13:18

19:17-20:9
22:3-12
34:19-23
41:22-42:18
70:14-15
71:10-72:25
Exhibit 1

**MEGAN AGHAZADIAN**
1:1-4:25
6:5-12
8:12-20
10:6-22
18:10-23
28:3-22
30:2-11
34:2-7
39:2-22
51:24-52:5
52:18-25

    Respectfully submitted,

    KEN PAXTON
    Attorney General of Texas

    BRENT WEBSTER
    First Assistant Attorney General

    GRANT DORFMAN
    Deputy First Assistant Attorney General

    SHAWN COWLES
    Deputy Attorney General for Civil Litigation

    THOMAS A. ALBRIGHT
    Chief - General Litigation Division

    /s/ *Ryan G. Kercher*
    RYAN G. KERCHER
    Texas Bar No. 24060998
    TAYLOR GIFFORD
    Texas Bar No. 24027262
    CHRISTOPHER HILTON
    Texas Bar No. 24087727
    TODD DICKERSON
    Texas Bar No. 24118368

Assistant Attorneys General
Office of the Attorney General
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Phone: 512-463-2120
Fax: 512-320-0667
Ryan.Kercher@oag.texas.gov
Taylor.Gifford@oag.texas.gov
Christopher.Hilton@oag.texas.gov
***Counsel for Defendants***

## CERTIFICATE OF SERVICE

I certify that on September 29, 2021, a true and correct copy of the foregoing document was served via the Court's CM/ECF system to all counsel of record.

      */s/ Ryan G. Kercher*
RYAN G. KERCHER
Assistant Attorney General