# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| E.T., by and through her parents and next friends; J.R., by and through her parents and next friends; H.M., by and through her parents and next friends; E.S., by and through her parents and next friends; M.P., by and through her parents and next friends; S.P., by and through her parents and next friends; and A.M., by and through her parents and next friends.<br><br>Plaintiffs,<br><br>v.<br><br>MIKE MORATH, in his official capacity as the COMMISSIONER of the TEXAS EDUCATION AGENCY; the TEXAS EDUCATION AGENCY; and ATTORNEY GENERAL KENNETH PAXTON, in his official capacity as ATTORNEY GENERAL OF TEXAS,<br><br>Defendants. | Civil Action No. 1:21-CV-00717-LY |

**PLAINTIFFS' EXHIBIT LIST**

| Exhibit Num | Beg. Bates No. | End Bates No. | Description | May/Will Introduce at Trial | Confidential |
|---|---|---|---|---|---|
| 1 | PLAINTIFF000046 | PLAINTIFF000051 | Governor Abbott's Executive Order GA-38 - July 29, 2012 | Will introduce | |
| 2 | PLAINTIFF002483 | | TEA Public Health Guidance - last updated September 17, 2021 | Will introduce | |
| 3 | PLAINTIFF001748 | | TEA Public Health Guidance - September 2, 2021 | Will introduce | |
| 4 | PLAINTIFF002301 | | TEA Public Health Guidance - August 5, 2021 | Will introduce | |
| 5 | PLAINTIFF002303 | | TEA Public Health Guidance - August 19, 2021 | | |
| 6 | PLAINTIFF002295 | | United States Department of Education - Office for Civil Rights Letter to TEA Commissioner Mike Morath - September 21, 2021 | Will introduce | |
| 7 | PLAINTIFF002357 | | Texas HHS - Texas Public Schools Covid-19 Data - Graphic (PDF) - as of September 12, 2021 | Will introduce - *Plaintiffs to pull updated data before trial. | |
| 8 | PLAINTIFF002341 | | Texas HHS - School Reported COVID-19 Cases in Public Schools - (Excel Spreadsheet) - as of September 12, 2021 | Will introduce - *Plaintiffs to pull updated data before trial. | |
| 9 | PLAINTIFF002481 | | Texas HHS - State-wide Self-Reported COVID-19 Data - (Excel Spreadsheet) - as of September 12, 2021 | Will introduce - *Plaintiffs to pull updated data before trial. | |
| 10 | PLAINTIFF002358 | | Texas HHS - Texas Public Schools Historical Cumulative COVID-19 Data for 2020-2021 School Year (PDF) | Will introduce | |
| 11 | PLAINTIFF002453 | | THHS - Texas Public Schools Historical Cumulative COVID-19 Data for 2020-2021 School Year (Excel Spreadsheet) | Will introduce | |
| 12 | PLAINTIFF002425 | | OAG Website - List of Government Entities Unlawfully Imposing Mask Mandates - last updated September 21, 2021 | Will introduce - *Plaintiffs to pull updated list before trial. | |
| 13 | PLAINTIFF000441 | PLAINTIFF000456 | CDC's Guidance for COVID-19 Prevention in K-12 Schools | Will introduce | |
| 14 | | | List of Stipulated Facts and Plaintiff Chart | Will introduce | |
| 15 | PLAINTIFF000768 | | Expert Declaration of Dr. Alexander Yudovich | Will introduce | Confidential |
| 16 | PLAINTIFF000786 | | Amendment to Expert Declaration of Dr. Alexander Yudovich | Will introduce | Confidential |
| 17 | PLAINTIFF001416 | | Expert Declaration of Dr. Edward Septimus | Will introduce | Confidential |
| 18 | PLAINTIFF001244 | | Expert Declaration of Dr. Benjamin Greenberg | Will introduce | |
| 19 | PLAINTIFF001288 | | Expert Declaration of Dr. Dona Kim Murphey | Will introduce | |
| 20 | PLAINTIFF001586 | | Expert Declaration of Peg Sherwood | Will introduce | |
| 21 | PLAINTIFF001611 | | Expert Declaration of Dr. Michael Sandbank | Will introduce | |
| 22 | PLAINTIFF000761 | | Declaration of Denetta Williams (Fort Bend ISD Board of Trustees) | Will introduce | Confidential |
| 23 | PLAINTIFF000251 | PLAINTIFF000252 | Fort Bend ISD - Update on Mask Protocols - August 12, 2021 | Will introduce | |
| 24 | PLAINTIFF000253 | PLAINTIFF000253 | Houston Chronicle Article - "Fort Bend ISD reports more than 640 self-reported cases of COVID" - Augsut 18, 2021 | Will introduce | |
| 25 | PLAINTIFF000254 | PLAINTIFF000255 | Fort Bend ISD - Pecan Grove Elementary - Update to Parents re: Shifting to Online Learning - August 23, 2021 | Will introduce | |
| 26 | PLAINTIFF000256 | PLAINTIFF000256 | Fort Bend ISD - Update on Mask Requirements - August 25, 2021 | Will introduce | |
| 27 | PLAINTIFF000765 | | Declaration of Dr. Jeannie Stone (Richardson ISD Superintendent) | Will introduce | Confidential |
| 28 | OAG-000042 | OAG-000043 | OAG Letter to Richardson ISD | Will introduce | |
| 29 | PLAINTIFF002023 | | OAG Lawsuit - Richardson ISD | Will introduce | |
| 30 | PLAINTIFF002788 | | Richardson's Back to School Plan for 2021-2022 | Will introduce | |
| 31 | PLAINTIFF002803 | | Richardson ISD COVID-19 Portal | Will introduce | |
| 32 | OAG-000044 | OAG-000045 | OAG Letter to Round Rock ISD | Will introduce | |
| 33 | PLAINTIFF002085 | | OAG Lawsuit - Round Rock ISD | Will introduce | |
| 34 | PLAINTIFF002283 | | Order Granting State of Texas Application for a TRO against Round Rock | Will introduce | |
| 35 | PLAINTIFF001754 | | Texas's Response to Petition for Writ of Mandamus in Round Rock ISD Case | Will introduce | |

| | | | | | |
|---|---|---|---|---|---|
| 36 | PLAINTIFF002282 | | Order from the Third Court of Appeals Issuing Stay in Round Rock ISD Litigation | Will introduce | |
| 37 | PLAINTIFF003995 | | Round Rock ISD Announcement September 17 | Will introduce | |
| 38 | PLAINTIFF003996 | | Round Rock ISD Announcement September 23 | Will introduce | |
| 39 | PLAINTIFF002084 | | Ken Paxton Tweet re TRO Entered in Round Rock ISD Case (9/16/21 - 6:11pm) | Will introduce | |
| 40 | PLAINTIFF002880 | | Round Rock ISD - News update re mask requierments on August 17, 2021 | Will introduce | |
| 41 | PLAINTIFF002864 | | Round Rock ISD - News update on mask requirements - September 16, 2021 | Will introduce | |
| 42 | PLAINTIFF002873 | | Round Rock ISD - News update on mask matrix - September 23, 2021 | Will introduce | |
| 43 | PLAINTIFF002879 | | Round Rock ISD - Matrix Explanation | Will introduce | |
| 44 | PLAINTIFF002921 | | Round Rock - RRISD 72921 Tweet | Will introduce | |
| 45 | PLAINTIFF002922 | | Round Rock - News update - August 10, 2021 | Will introduce | |
| 46 | PLAINTIFF002934 | | Round Rock - News update on mask requirements - August 25, 2021 | Will introduce | |
| 47 | PLAINTIFF002960 | | Round Rock - News Update - September 3, 2021 | Will introduce | |
| 48 | PLAINTIFF002967 | | Round Rock ISD - Updated guidelines as of September 23, 2021 | Will introduce | |
| 49 | OAG-000086 | OAG-000087 | OAG Letter to Leander ISD | Will introduce | |
| 50 | PLAINTIFF002687 | | Leander ISD Notice re Mask Requirements - August 17, 2021 | Will introduce | |
| 51 | PLAINTIFF002702 | | Leander Notice re COVID-19 spread - August 24, 2021 | Will introduce | |
| 52 | PLAINTIFF002831 | | Leander ISD Notice re Mask Requirements - August 24, 2021 | Will introduce | |
| 53 | PLAINTIFF002836 | | Leander ISD Notice re COVID-19 spread - August 24, 2021 | Will introduce | |
| 54 | PLAINTIFF002843 | | Leander ISD Board Brief re COVID-19 Protocol - September 10, 2021 | Will introduce | |
| 55 | OAG-000096 | OAG-000097 | OAG Letter to San Antonio ISD | Will introduce | |
| 56 | PLAINTIFF000052 | PLAINTIFF000072 | State of Texas v. San Antonio ISD Cause No. 2021-CI-16916 (Challenging vaccine mandate under GA-38) | Will introduce | |
| 57 | PLAINTIFF002457 | | State of Texas v. San Antonio ISD Cause No. 2021-CI-19115 (Challenging vaccine mandate under GA-39) | Will introduce | |
| 58 | PLAINTIFF002478 | | Order Granting State of Texas' Application for TRO in San Antonio ISD Case - Cause No. 2021-CI-19115 | Will introduce | |
| 59 | PLAINTIFF003001 | | San Antonio ISD - Letter to Families on August 10, 2021 | Will introduce | |
| 60 | PLAINTIFF003003 | | San Antonio ISD - Letter to Families on August 16, 2021 | Will introduce | |
| 61 | PLAINTIFF003005 | | San Antonio ISD - Letter to Families on August 26, 2021 | Will introduce | |
| 62 | PLAINTIFF003007 | | San Antonio ISD - Letter to Families on August 9, 2021 | Will introduce | |
| 63 | PLAINTIFF003075 | | San Antonio - SAISD Family FAQ | Will introduce | |
| 64 | PLAINTIFF003081 | | San Antonio - SAISD Planning for a Safe School | Will introduce | |
| 65 | OAG-000026 | OAG-000027 | OAG Letter to Edgewood ISD | Will introduce | |
| 66 | OAG-000007 | OAG-000008 | Edgewood ISD Correspondence with OAG | Will introduce | |
| 67 | PLAINTIFF002567 | | Edgewood - Letter to Principals, Campus and District Staff on August 10, 2021 | Will introduce | |
| 68 | PLAINTIFF002569 | | Edgewood - Board Resolution - Mandating the use of Face Masks in District Facilities and Buses | Will introduce | |
| 69 | PLAINTIFF002605 | | Edgewood COVID FAQ Protocols 82321 | Will introduce | |
| 70 | PLAINTIFF002607 | | Edgewood Fall 2021 continued covid protocols | Will introduce | |
| 71 | PLAINTIFF002609 | | Edgewood superintendent Tweet (9/13/21) | Will introduce | |
| 72 | PLAINTIFF002610 | | Edgewood superintendent Tweet (9/13/21) | Will introduce | |
| 73 | PLAINTIFF002615 | | Edgewood superintendent Tweet (8/11/21) | Will introduce | |
| 74 | PLAINTIFF002616 | | Edgewood superintendent tweet (8/15/21) | Will introduce | |
| 75 | PLAINTIFF002618 | | Edgewood superintendent (8/15/21) | Will introduce | |

| | | | | | |
|---|---|---|---|---|---|
| 76 | PLAINTIFF002619 | | Edgewood superintendent (8/17/21) | Will introduce | |
| 77 | PLAINTIFF002622 | | Killeen Public Health Guide | Will introduce | |
| 78 | PLAINTIFF002639 | | Killeen ISD Board Meeting Minutes - August 10, 2021 | Will introduce | |
| 79 | PLAINTIFF002654 | | Killeen ISD 2021 Public Health Guide FAQs Online | Will introduce | |
| 80 | PLAINTIFF002661 | | Killeen KISD Promotes Safe Practices (8/20/21) | Will introduce | |
| 81 | OAG000001 | OAG000326 | OAG Correspondence with Independent School Districts - Pt. I (Produced by AG Office) | Will introduce | |
| 82 | OAG000237 | | OAG Correspondence with Independent School Districts - Pt. II (Produced by AG Office) | Will introduce | |
| 83 | OAG-000147 | OAG-000148 | OAG Letter to Aransas Pass ISD | Will introduce | |
| 84 | OAG-000186 | OAG-000190 | Aransas Pass ISD Correspondence with OAG | Will introduce | |
| 85 | OAG-000161 | OAG-000162 | OAG Letter to Ferris ISD | Will introduce | |
| 86 | OAG-000185 | OAG-000185 | Ferris ISD Correspondence with OAG | Will introduce | |
| 87 | OAG-000177 | OAG-000178 | OAG Letter to Sherman ISD | Will introduce | |
| 88 | PLAINTIFF002122 | | OAG Lawsuit - Sherman ISD.pdf | Will introduce | |
| 89 | OAG-000257 | OAG-000258 | OAG Letter to South Texas ISD | Will introduce | |
| 90 | OAG-000262 | OAG-000267 | South Texas ISD - Revisions to Back to School Policy | Will introduce | |
| 91 | PLAINTIFF000570 | PLAINTIFF000571 | OAG Letter to Honey Grove ISD - September 3, 2021 | Will introduce | |
| 92 | PLAINTIFF001873 | | OAG Lawsuit - Honey Grove ISD.pdf | Will introduce | |
| 93 | OAG-000251 | OAG-000252 | OAG Letter to Plano ISD | Will introduce | |
| 94 | OAG-000316 | OAG-000326 | Plano ISD Correspondence with OAG | Will introduce | |
| 95 | OAG-000173 | OAG-000174 | OAG Letter to Salado ISD | Will introduce | |
| 96 | OAG-000196 | OAG-000200 | Salado ISD Correspondence with OAG | Will introduce | |
| 97 | OAG-000299 | OAG-000300 | OAG Letter to San Diego ISD | Will introduce | |
| 98 | OAG-000330 | OAG-000331 | San Diego ISD Correspondence with OAG | Will introduce | |
| 99 | OAG-000179 | OAG-000180 | OAG Letter to Trenton ISD | Will introduce | |
| 100 | OAG-000202 | OAG-000204 | Trenton ISD Correspondence with OAG | Will introduce | |
| 101 | OAG-000332 | OAG-000333 | Matthias ISD Correspondence with OAG | Will introduce | |
| 102 | PLAINTIFF002333 | | Calvert ISD - PIR Response | Will introduce | |
| 103 | PLAINTIFF004007 | | West Orange Cove ISD - PIR Response | Will introduce | |
| 104 | OAG-000078 | OAG-000079 | OAG Letter to Eanes ISD - September 1, 2021 | Will introduce | |
| 105 | OAG-000092 | OAG-000093 | OAG Letter to Paris ISD | Will introduce | |
| 106 | OAG000066 | OAG-000067 | Paris ISD Response to OAG Letter | Will introduce | |
| 107 | PLAINTIFF001978 | | OAG Lawsuit - Paris ISD | Will introduce | |
| 108 | PLAINTIFF001975 | | OAG Lawsuit - Paris ISD - OAG Website Announcing TRO Order | Will introduce | |
| 109 | PLAINTIFF002286 | | Order Granting Temporary Injunction in Paris ISD 2021.09.21 | Will introduce | |
| 110 | PLAINTIFF002290 | | Signed TRO for Paris ISD | Will introduce | |
| 111 | PLAINTIFF001782 | | OAG Lawsuit - Elgin ISD | Will introduce | |
| 112 | PLAINTIFF001826 | | OAG Lawsuit - Galveston ISD.pdf | Will introduce | |
| 113 | PLAINTIFF002280 | | Order Denying Galveston ISD TRO | Will introduce | |
| 114 | OAG-000165 | OAG-000166 | OAG Letter to Longview ISD | Will introduce | |
| 115 | PLAINTIFF001913 | | OAG Lawsuit - Longview ISD | Will introduce | |
| 116 | OAG-000169 | OAG-000170 | OAG Letter to Lufkin ISD | Will introduce | |
| 117 | OAG-000211 | OAG-000212 | OAG Letter to Diboll ISD | Will introduce | |
| 118 | PLAINTIFF001952 | | OAG Lawsuit - Lufkin ISD and Diboll ISD | Will introduce | |
| 119 | OAG-000100 | OAG-000101 | OAG Letter to Spring ISD | Will introduce | |
| 120 | PLAINTIFF002155 | | OAG Lawsuit - Spring ISD | Will introduce | |
| 121 | OAG-000181 | OAG-000182 | OAG Letter to Waco ISD | Will introduce | |
| 122 | OAG-000217 | OAG-000218 | OAG Letter to La Vega ISD | Will introduce | |
| 123 | OAG-000223 | OAG-000224 | OAG Letter to McGregor ISD | Will introduce | |
| 124 | OAG-000225 | OAG-000226 | OAG Letter to Midway ISD | Will introduce | |
| 125 | PLAINTIFF002208 | | OAG Lawsuit - Waco ISD, Midway ISD, La Vega ISD, and McGregor ISD | Will introduce | |
| 126 | PLAINTIFF002342 | | Cedar Hill ISD - Update to Parents | Will introduce | |
| 127 | PLAINTIFF003834 | | Cedar ISD Newsletter 1.pdf | Will introduce | |
| 128 | PLAINTIFF003840 | | Cedar ISD Newsletter 2.pdf | Will introduce | |
| 129 | PLAINTIFF003842 | | Cedar ISD Newsletter 3.pdf | Will introduce | |
| 130 | PLAINTIFF003846 | | Cedar ISD Newsletter 4.pdf | Will introduce | |
| 131 | PLAINTIFF003850 | | Cedar ISD Newsletter 5.pdf | Will introduce | |
| 132 | PLAINTIFF003855 | | Cedar ISD Newsletter 6.pdf | Will introduce | |
| 133 | PLAINTIFF003863 | | Cedar ISD Newsletter 7.pdf | Will introduce | |
| 134 | PLAINTIFF003870 | | Cedar ISD Newsletter 8.pdf | Will introduce | |
| 135 | PLAINTIFF003874 | | Cedar ISD Newsletter 9.pdf | Will introduce | |
| 136 | PLAINTIFF000242 | PLAINTIFF000242 | Ken Paxton Tweet (8/20/21 at 11:59AM) | Will introduce | |

| # | Bates Begin | Bates End | Description | Status | |
|---|---|---|---|---|---|
| 137 | PLAINTIFF000243 | PLAINTIFF000243 | Ken Paxton Tweet (9/2/21 at 12:38PM) | Will introduce | |
| 138 | PLAINTIFF000244 | PLAINTIFF000244 | Ken Paxton Tweet (8/20/21 at 4:56PM) | Will introduce | |
| 139 | PLAINTIFF000245 | PLAINTIFF000245 | Ken Paxton Tweet (8/26/21 at 3:37PM) | Will introduce | |
| 140 | PLAINTIFF002294 | | Ken Paxton Tweet - August 20 455pm | Will introduce | |
| 141 | PLAINTIFF002312 | | Ken Paxton Tweet - August 20 1159am | Will introduce | |
| 142 | PLAINTIFF002313 | | Ken Paxton Tweet - August 26 1238PM | Will introduce | |
| 143 | PLAINTIFF003916 | | Ken Paxton Tweet - September 7 3:40pm | Will introduce | |
| 144 | PLAINTIFF003915 | | Ken Paxton Tweet - September 16 6:11pm | Will introduce | |
| 145 | PLAINTIFF004016 | | Ken Paxton Tweet - September 14 4:15pm | Will introduce | |
| 146 | PLAINTIFF004017 | | OAG Website - Paxton Secures TRO Against Paris ISD - 9/14/21 | Will introduce | |
| 147 | PLAINTIFF004020 | | Ken Paxton Tweet - September 14 1148am | Will introduce | |
| 148 | PLAINTIFF004021 | | Ken Paxton Tweet - September 13 158pm | Will introduce | |
| 149 | PLAINTIFF004022 | | Ken Paxton Tweet - September 10 430pm | Will introduce | |
| 150 | PLAINTIFF004023 | | OAG Website - Paxton Files Multiple Lawsuits Against School Districts Defying State Law | Will introduce | |
| 151 | PLAINTIFF004044 | | Ken Paxton Tweet (Personal Twitter) - September 21 1121am | Will introduce | |
| 152 | PLAINTIFF004047 | | Ken Paxton Tweet (Presonal Twitter) - September 21 1116am | Will introduce | |
| 153 | PLAINTIFF004015 | | Ken Paxton Tweet (Personal Twitter) - September 16 612pm | Will introduce | |
| 154 | PLAINTIFF004020 | | Ken Paxton Tweet - September 14 1155am | Will introduce | |
| 155 | PLAINTIFF004050 | | Ken Paxton Tweet - September 13 308pm | Will introduce | |
| 156 | PLAINTIFF002346 | | Ken Paxton Tweet - September 7, 2021 3:40pm (with close-up of embedded image) | Will introduce | |
| 157 | PLAINTIFF002406 | | Ken Paxton Opinion No. KP-0386 Issued September 17, 2021 - Whether EO-38 creates a right, privilege, power, or immunity with regard to Texans' ability to not wear a face covering | Will introduce | |
| 158 | PLAINTIFF002365 | | Iowa Brief ISO Motion for TRO - September 3, 2021 | Will introduce | |
| 159 | PLAINTIFF003746 | | Megan Aghazadian Deposition - September 24, 2021 | Will introduce | |
| 160 | PLAINTIFF003771 | | Ashley Jernigan Deposition - September 24, 2021 | Will introduce | |
| 161 | PLAINTIFF003799 | | Austin Kinghorn Deposition - September 27, 2021 | Will introduce | |
| 162 | PLAINTIFF000001 | PLAINTIFF000003 | Attorney General Texas - Federal Award Recipient Profile - USASpending.Gov | Will introduce | |
| 163 | PLAINTIFF000457 | PLAINTIFF000462 | TEA Releases Spring 2021 STAAR Grades 3-8 | Will introduce | |
| 164 | PLAINTIFF003531 | | TEA Public Health Planning Document - March 25, 2021 | Will introduce | |
| 165 | PLAINTIFF003917 | | Miguel Cardona (Secretary of Education) Letter to Greg Abbott re ARP Funds - August 13, 2021 | Will introduce | |
| 166 | PLAINTIFF003987 | | ARP ESSER Fund - Methodology for Calculating Allocations | Will introduce | |
| 167 | PLAINTIFF003880 | | Federal Register - DOE Interim Requirements for ARP ESSER Funding | Will introduce | |
| 168 | PLAINTIFF000004 | PLAINTIFF000005 | NYT Article - "The U.S. Education Department is investigating five states over their mask mandate bans." (9/2/21) | Will introduce | |
| 169 | PLAINTIFF000006 | PLAINTIFF000014 | Conroe ISD - COVID-19 Update (9/2/21) | Will introduce | |
| 170 | PLAINTIFF000015 | PLAINTIFF000020 | Dallas Morning News Article - "Coronavirus hospitalizations may be close to peaking in Dallas County, health experts say" (9/6/21) | Will introduce | |
| 171 | PLAINTIFF000021 | PLAINTIFF000023 | Fox 4 Article - "Covid-19 student cases across Texas schools double in one week" (9/4/21) | Will introduce | |
| 172 | PLAINTIFF000024 | PLAINTIFF000027 | Greg Abbott Tweet (3/12/20) | Will introduce | |
| 173 | PLAINTIFF000028 | PLAINTIFF000028 | Greg Abbott Tweet (7/12/20) | Will introduce | |
| 174 | PLAINTIFF000029 | PLAINTIFF000029 | Greg Abbott Tweet (7/20/20) | Will introduce | |
| 175 | PLAINTIFF000030 | PLAINTIFF000032 | Greg Abbott Tweet (7/24/20) | Will introduce | |
| 176 | PLAINTIFF000033 | PLAINTIFF000033 | Greg Abbott Tweet (7/26/20) | Will introduce | |
| 177 | PLAINTIFF000034 | PLAINTIFF000034 | Greg Abbott Tweet (7/27/20) | Will introduce | |

| | | | | | |
|---|---|---|---|---|---|
| 178 | PLAINTIFF000035 | PLAINTIFF000037 | TEA Public Health Guidance - updated 9/2/21 | Will introduce | |
| 179 | PLAINTIFF000041 | PLAINTIFF000045 | Governor Abbott's Executive Order GA-29 - July 2, 2020 | Will introduce | |
| 180 | PLAINTIFF000073 | PLAINTIFF000079 | Spectrum News 1 Article - "Lockhart ISD requiring masks as 781 students are quarantined" (9/6/21) | Will introduce | |
| 181 | PLAINTIFF000080 | PLAINTIFF000083 | Abilene Reporter News Article - "Abilene ISD closes second classroom; mask mandate not approved" (8/30/21) | Will introduce | |
| 182 | PLAINTIFF000084 | PLAINTIFF000094 | ABC 13 Article - "Texas districts shut down in-person classes due to COVID-19 cases, affecting more than 40k students" (9/4/21) | Will introduce | |
| 183 | PLAINTIFF000095 | PLAINTIFF000098 | OAG Website - List of Government Entities Unlawfully Imposing Mask Mandates - updated September 1, 2021 | Will introduce | |
| 184 | PLAINTIFF000099 | PLAINTIFF000103 | Dallas Morning News Article - "North Texas charter school cloes to stop COVID outbreak after 1 of every 10 students test positive" (8/26/21) | Will introduce | |
| 185 | PLAINTIFF000104 | PLAINTIFF000108 | Trivium Academy - Notice to Community re: School Closure (8/25/21) | Will introduce | |
| 186 | PLAINTIFF000109 | PLAINTIFF000109 | Grapevine-Colleyville ISD Tweet (8/23/21) | Will introduce | |
| 187 | PLAINTIFF000110 | PLAINTIFF000113 | Abilene Reporter News Article - "UPDATE: Abilene ISD closes second classroom Tuesday; mask mandate not approved Monday" (8/30/21) | Will introduce | |
| 188 | PLAINTIFF004391 | | Current Children's Health Systemwide COVID-19 Data - updated September 27, 2021 | Will introduce | |
| 189 | PLAINTIFF004114 | | American Academy of Pediatrics COVID-19 Infections - State-Level Data Report - updated as of September 23, 2021 (Website Summary) | Will introduce | |
| 190 | PLAINTIFF004354 | | American Academy of Pediatrics COVID-19 Infections - Full Report - updated as of September 23, 2021 (PDF) | Will introduce | |
| 191 | PLAINTIFF004401 | | CDC COVID-19 Data Tracker - by Age Group - as of October 2, 2021 | Will introduce | |
| 192 | PLAINTIFF000238 | PLAINTIFF000241 | OAG Website: List of Government Entities Unlawfully Imposing Mask Mandates - last updated September 1, 2021 | Will introduce | |
| 193 | PLAINTIFF000246 | PLAINTIFF000250 | NPR News Article - "A School System Closes After 2 Teachers Die of COVID-19" - 9/1/21 | Will introduce | |
| 194 | PLAINTIFF000257 | PLAINTIFF000261 | Click2Houston.com Article - "2 more Fort Bend ISD elementary schools to temporarily make full or partial switch to virtual learning" - August 25, 2021 | Will introduce | |
| 195 | PLAINTIFF000262 | PLAINTIFF000262 | Fort Bend ISD - Update on Mask Requirements - August 28, 2021 | Will introduce | |
| 196 | PLAINTIFF000263 | PLAINTIFF000264 | Katy News Article - "Katy ISD Reviewing Its Option Amid Conflicting Executive Orders on Masking" - August 13, 2021 | Will introduce | |
| 197 | PLAINTIFF000265 | PLAINTIFF000270 | Houston Chronicle Article - "Katy ISD opened less than a week ago. The COVID-19 cases have already quadrupled." | Will introduce | |
| 198 | PLAINTIFF000271 | PLAINTIFF000272 | Round Rock ISD - News update on mask requirements - August 17, 2021 | Will introduce | |
| 199 | PLAINTIFF000281 | PLAINTIFF000282 | San Antonio ISD Letter to Families - August 16, 2021 | Will introduce | |
| 200 | PLAINTIFF000305 | PLAINTIFF000306 | Fort Bend ISD - Message regarding EO-38 and county order August 12, 2021 | Will introduce | |
| 201 | PLAINTIFF000342 | PLAINTIFF000342 | FN58 – Leander ISD Academic Calendar | Will introduce | |
| 202 | PLAINTIFF000343 | PLAINTIFF000349 | Leander ISD News Update re: COVID-19 Sperad - August 24, 2021 | Will introduce | |
| 203 | PLAINTIFF000350 | PLAINTIFF000355 | Leander ISD News Update re: COVID-19 Transmission Level as of September 3, 2021 | Will introduce | |
| 204 | PLAINTIFF000359 | PLAINTIFF000359 | Lamar CISD Instructional Calendar | Will introduce | |

| | | | | | |
|---|---|---|---|---|---|
| 205 | PLAINTIFF000424 | PLAINTIFF000428 | NBC News Article - "After FDA approves Pfizer vaccine, several steps remain before kids under 12 can be vaccinated" (8/23/21) | Will introduce | |
| 206 | PLAINTIFF000429 | PLAINTIFF000434 | NPR News Article - "A Vaccine for Children is Not Likely to be Approved Until the End of Year" (8/24/21) | Will introduce | |
| 207 | PLAINTIFF000435 | PLAINTIFF000440 | CDC - People with Certain Medical Conditions (Updated August 20, 2021) | Will introduce | |
| 208 | PLAINTIFF000474 | PLAINTIFF000478 | Trevium Academy - Update re: School Closure and Mask Policy - August 25, 2021 | Will introduce | |
| 209 | PLAINTIFF000494 | PLAINTIFF000494 | Richardson ISD Calendar | Will introduce | |
| 210 | PLAINTIFF000495 | PLAINTIFF000511 | Richardson ISD's Back to School Plan for 2021-2022 | Will introduce | |
| 211 | PLAINTIFF000530 | PLAINTIFF000535 | Houston Public Media Article - "Pediatric Hospitalizations Continue to Rise Across Texas as COVID-19 Spreads Among Students" - September 2, 2021 | Will introduce | |
| 212 | PLAINTIFF000536 | PLAINTIFF000538 | USA Today Article - "Education Department investigating states with bans on school mask mandates" - August 30, 2021 | Will introduce | |
| 213 | PLAINTIFF000539 | PLAINTIFF000543 | CBS Austin - "Texas AG threatens legal action against school districts Eanes ISD still enforcing masks" - September 3, 2021 | Will introduce | |
| 214 | PLAINTIFF000562 | PLAINTIFF000569 | Houston Chronicle Article - "Texas pediatric COVID hospitaliations hit record high over the weekend" - September 7, 2021 | Will introduce | |
| 215 | PLAINTIFF000577 | PLAINTIFF000581 | KXAN Article - "Round Rock ISD students will need to show proof of health issue to 'opt out' of mask requirement" - August 24, 2021 | Will introduce | |
| 216 | PLAINTIFF004027 | | Wichita Eagle Article - "Texas school district ignores AG's threat on mask mandates and COVID cases drop 84%" (9/22/21) | Will introduce | |
| 217 | PLAINTIFF004033 | | Texas Tribune Article - "We're tracking COVID-19 cases in Texas schools. There are far more this fall than last year." (9/17/21) | Will introduce | |
| 218 | PLAINTIFF004038 | | Dallas Morning News Article - "North Texas schools suddenly switch to virtual learning as COVID-19 cases surge" (9/2/21) | Will introduce | |
| 219 | PLAINTIFF000685 | PLAINTIFF000690 | Declaration of parent Anna Theurer with medical records from Ascension Seton Online Portal re Ellie Theurer (Authenticating Records) | Will introduce | Confidential |
| 220 | PLAINTIFF003999 | | Declaration of S.P. Regarding S.P. - 8-17-21 | Will introduce | Confidential |
| 221 | PLAINTIFF003723 | | Declaration of C.M. Regarding A.M. - 8-17-21 | Will introduce | Confidential |
| 222 | PLAINTIFF003721 | | A.T. Declaration Regarding E.T. - 8-17-21 | Will introduce | Confidential |
| 223 | PLAINTIFF002497 | | A.T. Declaration Regarding E.T. - 9-12-21 | Will introduce | Confidential |
| 224 | PLAINTIFF003913 | | J.L. Declaration Regarding J.R. - August 17, 2021 | Will introduce | Confidential |
| 225 | PLAINTIFF002500 | | J.L. Declaration Regarding J.R. - 9-12-21 | Will introduce | Confidential |
| 226 | PLAINTIFF002503 | | K.P. Declaration regarding M.P. - 9-12-21 | Will introduce | Confidential |
| 227 | PLAINTIFF004406 | | K.P. Declaration regarding M.P. - 9-28-21 | Will introduce | Confidential |
| 228 | PLAINTIFF002506 | | M.M. Regarding E.S. - 09-14-21 | Will introduce | Confidential |
| 229 | PLAINTIFF003985 | | R.M. Declaration Regarding H.M. 8-17-21 | Will introduce | |
| 230 | PLAINTIFF002512 | | R.M. Declaration Regarding H.M. 9-13-21 | Will introduce | Confidential |
| 231 | PLAINTIFF000582 | PLAINTIFF000582 | Letter from Dr. J. Shah re A.M. | Will introduce | Confidential |
| 232 | PLAINTIFF000583 | PLAINTIFF000589 | Declaration of S.P. Regarding S.P. - 9-1-21 (Authenticating & Enclosing Records) | Will introduce | Confidential |
| 233 | PLAINTIFF000590 | PLAINTIFF000590 | Letter from Richardson Pediatric re S.P. Medical Condition | Will introduce | Confidential |
| 234 | PLAINTIFF000614 | PLAINTIFF000614 | Letter from Dr. J. Tardy re J.R. Medical Condition | Will introduce | Confidential |
| 235 | PLAINTIFF000591 | PLAINTIFF000613 | Declaration of K.P. Regarding M.P. - 9-2-21 (Authenticating Records) & K.P. Medical Records as attachments | Will introduce | Confidential |

| | | | | | |
|---|---|---|---|---|---|
| 236 | PLAINTIFF000615 | PLAINTIFF000624 | Medical Records from Heritage Pediatrics for J.R. | Will introduce | Confidential |
| 237 | PLAINTIFF000685 | PLAINTIFF690 | Declaration of A.T. Regarding E.T. & Medical Records | Will introduce | Confidential |
| 238 | PLAINTIFF000684 | PLAINTIFF000684 | Letter from Dr. Berhane at Children's Comprehensive Care Clinic re medical condition of E.T | Will introduce | Confidential |
| 239 | PLAINTIFF000748 | PLAINTIFF000753 | Medical Records from The Austin Diagnostic Clinc for H.M | Will introduce | Confidential |
| 240 | PLAINTIFF000754 | PLAINTIFF000754 | Appointment for A.M. from Dr. J. Saravia with diagnosis | Will introduce | Confidential |
| 241 | PLAINTIFF000755 | PLAINTIFF000755 | Letter from Dr. V. Ahmadian with CommuniCare re medical history for A.M. | Will introduce | Confidential |
| 242 | PLAINTIFF000892 | | Supplemental Medical Records for E.S. | Will introduce | Confidential |
| 243 | PLAINTIFF000748.pdf | | H.M. Medical Records | Will introduce | Confidential |
| 244 | PLAINTIFF000754.pdf | | A.M. Medical Records | Will introduce | Confidential |
| 245 | PLAINTIFF000755.pdf | | A.M. Medical Records | Will introduce | Confidential |
| 246 | PLAINTIFF000798 | | Journal Article (Frontiers in Pediatrics) - Epidemiology, Clinical Features, and Prognostic Factors of Pediatric SARS-CoV-2 Infection (published March 16, 2021) | Will introduce | |
| 247 | PLAINTIFF000845 | | NYT Article - The Swiss Cheese Model of Pandemic Defense (December 5, 2020) | Will introduce | |
| 248 | PLAINTIFF000860 | | Morbidity and Mortality Weekly Report Article - Factors Associated with Positive SARS-CoV-2 Test Results in Outpatient Health Facilities and Emergency Departments Among Children and Adolescents | Will introduce | |
| 249 | PLAINTIFF000865 | | Incidence and secondary transmission of SAR-CoV-2 in schools | Will introduce | |
| 250 | PLAINTIFF000896 | | American Journal of Infection Control - Face masks to prevent transmission of COVID-19: A systematic review and meta-analysis | Will introduce | |
| 251 | PLAINTIFF000904 | | International Journal of Nursing Studies - A rapid systematic review of the efficacy of face masks and respirators against coronaviruses and other respiratory transmissible viruses for the community, healther workers and sick patients | Will introduce | |
| 252 | PLAINTIFF000910 | | Ben Greenberg CV | Will introduce | |
| 253 | PLAINTIFF000946 | | BMJ Global Health - Reduction of secondary transmission of SARS-CoV-2 in households by face mask use, disinfection and social distancing: a cohort study in Beijing, China | Will introduce | |
| 254 | PLAINTIFF000956 | | National Bureau of Economic Resaearch - Face masks, Public Policies and slowing the spread of COVID-19 | Will introduce | |
| 255 | PLAINTIFF001024 | | Health Affairs - Community Use of Face Masks and COVID-19: Evidence From a Natural Experiment of State Mandates in the U.S. | Will introduce | |
| 256 | PLAINTIFF001031 | | PNAS 2021 - An evidence review of face masks against COVID-19 | Will introduce | |
| 257 | PLAINTIFF001043 | | Masks Do More Than Protect Others During COVID:19 | Will introduce | |
| 258 | PLAINTIFF001047 | | Journal of Health Economics - Face masks, public policies and slowing the spread of COVID-19: Evidence from Canada | Will introduce | |
| 259 | PLAINTIFF001092 | | J Urban Health - Effects of New York's Executive Order on Face Mask Use on COVID-19 Infections and Mortality | Will introduce | |
| 260 | PLAINTIFF001108 | | Physical distancing, face masks, and eye protection to prevent person-to-person transmission of SARS-CoV-2 and COVID:19 | Will introduce | |
| 261 | PLAINTIFF001159 | | Nature Medicine - Modeling COVID-19 scenarios for the United States | Will introduce | |
| 262 | PLAINTIFF001186 | | Visualizing Speech-Generated Oral Fluid Droplets with Laser Light Scattering | Will introduce | |

| | | | | |
|---|---|---|---|---|
| 263 | PLAINTIFF001242 | | American Medical Association - Effectiveness of Mask Wearing to Control Community Spread of SARS-CoV-2 | Will introduce |
| 264 | PLAINTIFF001304 | | COVID-19 Vaccination Rate in Texas (Dashboard) - tabexternal.dshs.texas.gov.pdf | Will introduce |
| 265 | PLAINTIFF001305 | | Global Incidence of Neurological Manifestations Among Patients Hospitalized with Covid-19 | Will introduce |
| 266 | PLAINTIFF001323 | | Long COVID and kids: Scientists race to find answers | Will introduce |
| 267 | PLAINTIFF001337 | | Face masks effectively limit the probability of SARS-CoV-2 transmission | Will introduce |
| 268 | PLAINTIFF001379 | | Austin Travis County COVID-19 Public Dashboard - as of September 21, 2021 | Will introduce |
| 269 | PLAINTIFF001390 | | COVID-19 Current State Analysis and Forecasting for the DFW Region | Will introduce |
| 270 | PLAINTIFF001480 | | NYT Article - We Studied One Million Students, This Is What We Learned About Masking | Will introduce |
| 271 | PLAINTIFF001482 | | An Examination of Factors Contributing to the Acceptance of Online Health Misinformation | Will introduce |
| 272 | PLAINTIFF001524 | | COVID 19 cases and Transmission in 17 K-12 Schools | Will introduce |
| 273 | PLAINTIFF001529 | | Cluster of SARS CoV-2 Infection Among Elementary School Educators and Students in One School District | Will introduce |
| 274 | PLAINTIFF001534 | | Hospital Admission and Emergency Care Attendance Risk for SARS CoV-2 Delta compared with alpha | Will introduce |
| 275 | PLAINTIFF001554 | | Association of Mask Mandates and COVID 19 Case Rates | Will introduce |
| 276 | PLAINTIFF001558 | | Face Masks Considerably Reduce COVID 19 Cases in Germany | Will introduce |
| 277 | PLAINTIFF001570 | | Notice of Retraction for "Experimental Assessment of Carbon Dioxide Content in Inhaled Air" | Will introduce |
| 278 | PLAINTIFF001576 | | Retraction notice to "Facemasks in the COVID-19 era: A health hypothesis" | Will introduce |
| 279 | PLAINTIFF001631 | | The Covid-19 Pandemic and Student Achievement on Ohio's Third-Grade English Language Arts Assessment | Will introduce |
| 280 | PLAINTIFF001645 | | How the Covid-19 Pandemic Affected Student Learning in Ohio | Will introduce |
| 281 | PLAINTIFF001680 | | Student Achievement Growth During the COVID-19 Pandemic | Will introduce |
| 282 | PLAINTIFF001700 | | How much have Students Missed Academically Because of the Pandemic | Will introduce |
| 283 | PLAINTIFF001719 | | Shifting to Remote Learning During COVID-19: Differences for Early Childhood and Early Childhood Special Education Teachers | Will introduce |
| 284 | PLAINTIFF002321 | | TEA Summary Debrief - July 28 and July 30 | Will introduce |
| 285 | PLAINTIFF002331 | | TEA Summary Debrief - August 13 | Will introduce |
| 286 | PLAINTIFF003935 | | NBC News Article - "TEA Commissioner Shares 'Catastrophic' Impacts Pandemic is Having on Student Achievement" - September 1, 2021 | Will introduce |
| 287 | PLAINTIFF002398 | | June 9, 2020 TEA Summer Instruction Guidance | Will introduce |
| 288 | PLAINTIFF002411 | | March 25, 2021 TEA Public Health Planning Guidance | Will introduce |
| 289 | PLAINTIFF002422 | | Mask Wearing Cartoon - TEA | Will introduce |
| 290 | PLAINTIFF002429 | | Progreso v. Morath - Respondents' Brief | Will introduce |
| 291 | PLAINTIFF004052 | | TEA COVID-19 Support - Public Health Orders | Will introduce |
| 292 | PLAINTIFF002487 | | TEA Website - Coronavirus (COVID-19) Support and Guidance | Will introduce |
| 293 | PLAINTIFF003089 | | TEA Summary Debrief - December 3 | Will introduce |
| 294 | PLAINTIFF003091 | | TEA Public Health Planning Guidance - December 4, 2020 | Will introduce |

| | | | | | |
|---|---|---|---|---|---|
| 295 | PLAINTIFF003101 | | TEA Minimum Standard Health Protocols on Visits to Schools during Campus Closures | Will introduce | |
| 296 | PLAINTIFF003104 | | TEA Minimum Standard Health Protocols for School Employees in School Buildings During Campus | Will introduce | |
| 297 | PLAINTIFF003106 | | TEA Summary Debrief - April 7 | Will introduce | |
| 298 | PLAINTIFF003109 | | TEA Summary DeBrief - June 30 and July 2 | Will introduce | |
| 299 | PLAINTIFF003111 | | TEA Summary Debrief - July 28 and July 30 | Will introduce | |
| 300 | PLAINTIFF003113 | | TEA Issues Comprehensive Guidelines - July 7, 2020 | Will introduce | |
| 301 | PLAINTIFF003124 | | TEA Summary Debrief - August 13 | Will introduce | |
| 302 | PLAINTIFF003126 | | TEA - Public Health Planning Guidance  June 23, 2020 | Will introduce | |
| 303 | PLAINTIFF003143 | | TEA Education Rights and Responsibitilies | Will introduce | |
| 304 | PLAINTIFF003154 | | TEA Summary Debrief of TEA COVID-19 Superintendent Calls | Will introduce | |
| 305 | PLAINTIFF003158 | | TEA - Tips for Specialized Classrooms for Students with Disabilities During Remote Learning | Will introduce | |
| 306 | PLAINTIFF003162 | | TEA - Guidebook for Students with Disabilities - during COVID-19 | Will introduce | |
| 307 | PLAINTIFF003215 | | TEA Summary Debrief - September 2, 2021 | Will introduce | |
| 308 | PLAINTIFF003267 | | TEA - Attendance and Enrollment FAQ - June 3, 2021 | Will introduce | |
| 309 | PLAINTIFF003316 | | TEA Exhibits Pt I | Will introduce | |
| 310 | PLAINTIFF003363 | | TEA Exhibits Pt II | Will introduce | |
| 311 | TEA-00001 | TEA-000007 | TEA Production - Pt. I | Will introduce | |
| 312 | TEA-00008 | TEA-000017 | TEA Production - Pt. II | Will introduce | |
| 313 | TEA-000018 | TEA-000030 | TEA Production - Pt. III | Will introduce | |
| 314 | PLAINTIFF004472 | | AAP - Business Records Sworn Declaration (Authenticating Exhibits 315-318) | Will introduce | |
| 315 | PLAINTIFF004067 | | American Academy of Pediatrics, Interim Guidance on Face Masks (last updated Aug. 11, 2021) | Will introduce | |
| 316 | PLAINTIFF004275 | | American Academy of Pediatrics, Interim Guidance on Safe Schools (last updated July 17, 2021) | Will introduce | |
| 317 | PLAINTIFF004091 | | American Academy of Pediatrics, Interim Guidance on Caring for Children and Youth with Special Health Needs During the COVID-19 Pandemic, (last updated Sept. 20, 2021) | Will introduce | |
| 318 | | | Children and COVID-19: State Data Report, Children's Hosp. Ass'n & Am. Acad. of Pediatrics (Sept. 23, 2021) | Will introduce | |
| 319 | PLAINTIFF004105 | | CDC, Science Brief: Community Use of Cloth Masks to Control the Spread of SARS-CoV-2 (updated May 7, 2021) | Will introduce | |
| 320 | PLAINTIFF004339 | | American Academy of Pediatrics, Interim Guidance on Post-COVID-19 Conditions in Children and Adolescents (discusses complications that kids have experienced) | Will introduce | |
| 321 | PLAINTIFF004116 | | Amy Houtrow et al., Children with disabilities in the United States and the COVID-19 pandemic, 13 J. of Pediatric Rehabilitation Medicine, 415, 415-24 (2020) | Will introduce | |
| 322 | PLAINTIFF004069 | | Jeremy Howard, et al., An Evidence Review of Face Masks Against COVID-19, 118 Proc. of the Nat'l Acad. of Servs. e2014564118 (2021) | Will introduce | |
| 323 | PLAINTIFF004294 | | T. Brooks & Jay C. Butler, Effectiveness of Mask Wearing to Control Community Spread of SARS-CoV-2, 325 J. of Am. Med. Ass'n 998 (2021) | Will introduce | |
| 324 | PLAINTIFF003740 | | Heesoo Joo, et al., Decline in COVID-19 Hospitalization Growth Rates Associated with Statewide Mask Mandates—10 States, March–October 2020. 70 Morbidity & Mortality Weekly Rep. 212 (2021) | Will introduce | |

| | | | | | |
|---|---|---|---|---|---|
| 325 | PLAINTIFF004309 | | Derek K. Chu, et al., Physical Distancing, Face Masks, and Eye Protection to Prevent Person-to-Person Transmission of SARS-CoV-2 and COVID-19: A Systematic Review and Meta-Analysis, 395 Lancet 1973 (2020) | Will introduce | |
| 326 | PLAINTIFF004090 | | Christopher T. Leffler, et al., Association of Country-wide Coronavirus Mortality with Demographics, Testing, Lockdowns, and Public Wearing of Masks, 103 Am. J. Tropical Med. Hygiene 2400 (2020), https://pubmed.ncbi.nlm.nih.gov/33124541/; Miriam E. Van Dyke, et al., Trends in County-Level COVID-19 Incidence in Counties With and Without a Mask Mandate—Kansas, June 1-August 23, 2020. 69 Morbidity & Mortality Weekly Rep. 1777 (2020) | Will introduce | |
| 327 | PLAINTIFF004226 | | Wei Lyu & George L. Wehby, Community Use of Face Masks and COVID-19: Evidence from a Natural Experiment of State Mandates in the US, 39 Health Aff. 1419 (2020), https://www.healthaffairs.org/doi/10.1377/hlthaff.2020.00818 | Will introduce | |
| 328 | PLAINTIFF004329 | | Patrick Dawson, et al., Pilot Investigation of SARS-CoV-2 Secondary Transmission in Kindergarten Through Grade 12 Schools Implementing Mitigation Strategies—St. Louis County and City of Springield, Missouri, December 2020, 70 Morbidity & Mortality Weekly Rep. 449 (2021) | Will introduce | |
| 329 | PLAINTIFF004348 | | Darria L. Gillespie, et al., The Experience of 2 Independent Schools With In-Person Learning During the COVID-19 Pandemic, 91 J. Sch. Health 347 (2021) | Will introduce | |
| 330 | PLAINTIFF004298 | | Rebecca B. Hershow, et al., Low SARS-CoV-2 Transmission in Elementary Schools - Salt Lake County, Utah, December 3, 2020-January 31, 2021, 70 Morbidity & Mortality Weekly Rep. 442 (2021) | Will introduce | |
| 331 | PLAINTIFF004269 | | Amy Falk, et al., COVID-19 Cases and Transmission in 17 K-12 Schools - Wood County, Wisconsin, August 31-November 29, 2020, 70 Morbidity & Mortality Weekly Rep. 136 (2021) | Will introduce | |
| 332 | PLAINTIFF003624 | | Fiona Russell et al., COVID-19 in Victorian Schools: An Analysis of Child-Care and School Outbreak Data and Evidence-Based Recommendations for Opening Schools and Keeping Them Open, Murdoch Children's Rsch. Inst. & The Univ. of Melb. (Nov. 9, 2020) | Will introduce | |
| 333 | PLAINTIFF004291 | | See, e.g., Rajesh Samannan, et al., Effect of Face Masks on Gas Exchange in Healthy Persons and Patients with Chronic Obstructive Pulmonary Disease, 18 Annals of Am. Thoracic Soc'y 539 (2021) | Will introduce | |
| 334 | PLAINTIFF004347 | | Steven L. Shein, et al., The effects of wearing facemasks on oxygenation and ventilation at rest and during physical activity, PLoS One (2021) | Will introduce | |
| 335 | PLAINTIFF004089 | | Ricardo Lubrano, et al., Assessment of Respiratory Function in Infants and Young Children Wearing Face Masks During the COVID-19 Pandemic, JAMA Netw. Open (2021) | Will introduce | |
| 336 | PLAINTIFF004287 | | Do Masks Delay Speech and Language Development?, AAP | Will introduce | |

| 337 | PLAINTIFF004220 | | Ashley L. Ruba & Seth D. Pollak, Children's emotion inferences from masked faces: Implications for social interactions during COVID-19, PLoS One (2020) | Will introduce | |
| 338 | PLAINTIFF004342 | | Prevalence and Risk Factors Associated With Self-reported Psychological Distress Among Children and Adolescents During the COVID-19 Pandemic in China. 4(1) JAMA Netw. Open e2035487 (2021) | Will introduce | |
| 339 | PLAINTIFF004289 | | TEA - USASpending.gov - Federal Funding | Will introduce | |
| 340 | PLAINTIFF004409 | | Governor Greg Abbott Website - Governor Abbott Allocates Emergency Education Relief Funding for Texas Higher Education | Will introduce | |
| 341 | PLAINTIFF004397 | | Texas Tribune Article - "At least 45 districts shut down in-person classes due to COVID-19 cases, affecting more than 40,000 students" (September 3, 2021) | Will introduce | |
| 342 | PLAINTIFF004432 | | Ken Paxton Website - "Title IV-D and Child Support in Texas" | Will introduce | |
| 343 | OAG-000334 | | August 18, 2021 - TEA Email to AG Office (With Attachment) | Will introduce | |
| 345 | OAG-000335 | | August 25, 2021 - TEA Email to AG Office (With Attachment) | Will introduce | |
| 346 | OAG-000336 | | August 27, 2021 - TEA Email to AG Office (With Attachment) | Will introduce | |
| 347 | OAG-000337 | | September 3, 2021 - TEA Email to AG Office (With Attachment) | Will introduce | |
| 348 | OAG-000338 | | August 16, 2021 - TEA Email to AG Office (With Attachment) | Will introduce | |
| 349 | OAG-000341 | | August 20, 2021 - TEA Email to AG Office | Will introduce | |
| 350 | OAG-000342 | | August 13, 2021 - TEA Email to AG Office (With Attachment) | Will introduce | |
| 351 | OAG-000343 | | September 10, 2021 - TEA Email to AG Office (With Attachment) | Will introduce | |
| 352 | OAG-000344 | | August 20, 2021 - TEA Email to AG Office (With Attachment) | Will introduce | |
| 353 | OAG-000345 | | September 1, 2021 - TEA Email to AG Office (With Attachment) | Will introduce | |

Dated: September 29, 2021                    Respectfully submitted,

                                                */s/ William G. Fox, Jr.*
Thomas M. Melsheimer
Texas Bar No. 13922550
tmelsheimer@winston.com
Scott C. Thomas
Texas Bar No. 24046964
scthomas@winston.com
Alex Wolens
Texas Bar No. 24110546
awolens@winston.com
John Michael Gaddis (*pro hac vice*)
Texas Bar No. 24069747
mgaddis@winston.com
William G. Fox, Jr.
Texas Bar No. 24101766
wfox@winston.com
**WINSTON & STRAWN LLP**
2121 N. Pearl Street, Suite 900
Dallas, TX 75201
(214) 453-6500
(214) 453-6400 (fax)

Brandon W. Duke (*pro hac vice*)
Texas Bar No. 240994476
bduke@winston.com
**WINSTON & STRAWN LLP**
800 Capitol St., Suite 2400
Houston, TX 77002
(713) 651-2600
(713) 651-2700 (fax)

Dustin Rynders (*pro hac vice*)
Texas Bar No. 24048005
drynders@drtx.org
**DISABILITY RIGHTS TEXAS**
1500 McGowen, Suite 100
Houston, TX 77004
(713) 974-7691
(713) 974-7695 (fax)

L. Kym Davis Rogers
Texas Bar No. 00796442
krogers@drtx.org
**DISABILITY RIGHTS TEXAS**
1420 W. Mockingbird Lane, Suite 450
Dallas, TX 75247
(214) 845-4045
(214) 630-3472 (fax)

Robert Winterode (*pro hac vice*)
Texas Bar No. 24085664
rwinterode@drtx.org
**DISABILITY RIGHTS TEXAS**
2211 E. Missouri, Suite 243
El Paso, TX 79903
(210) 424-9652
(915) 542-2676 (fax)

Peter Hofer
Texas Bar No. 09777275
phofer@drtx.org
Brian East
Texas Bar No. 06360800
beast@disabilityrightstx.org
**DISABILITY RIGHTS TEXAS**
2222 West Braker Lane
Austin, TX 78758
(512) 407-2745
(512) 454-3999 (fax)

**ATTORNEYS FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

The undersigned certifies that counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on September 29, 2021.

                */s/William G. Fox, Jr.*
                William G. Fox, Jr.