United States District Court

Western District of Texas

Austin

**Deficiency Notice**

| | |
|---|---|
| To: | Melsheimer, Thomas M. |
| From: | Court Operations Department, Western District of Texas |
| Date: | Monday, October 4, 2021 |
| Re: | 01:21-CV-00717-LY / Doc # 64 / Filed On: 10/04/2021 12:10 PM CST |

Pursuant to the <u>Administrative Policies and Procedures for Electronic Filing in Civil and Criminal Cases</u>, the following pleading has been filed.  However, it is deficient in the area(s) checked below.  Please correct the deficiency(ies), as noted below, and re-file document **IMMEDIATELY**.  When re-filing document, other than a motion, please ensure you add 'corrected' to the docket text.  If the document you are re-filing is a motion, select 'corrected' from the drop-down list.

**If an erroneous filing results in failure to meet a deadline, you will need to seek relief, for any default, from the presiding judge.**

(1) Other
   Remarks: This filing is deficient because it is not in proper pleading format, including full case style and number, description, and attorney signature block. Please re-file in proper pleading format with the Exhibit as attachment to a main/explanatory document and link to the appropriate original pleading.