IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| E.T. by and through her parents and and next friends, et al. | § § § § | |
| *Plaintiffs,* | § § | |
| v. | § § § | Civil Action No. 1:21-cv-00717-LY |
| Mike Morath, in his official capacity as the Commissioner of the Texas Education Agency; the Texas Education Agency; and Attorney General Ken Paxton, in is official capacity as Attorney General of Texas, | § § § § § § § § § | |
| *Defendants.* | § § | |

### DEFENDANTS' SUPPLEMENTAL EXHIBIT LIST

| EXHIBIT NUMBER | DESCRIPTION |
|---|---|
| Exhibit 29 | Updated COVID ISD Chart |
| Exhibit 30 | Updated Fort Bend ISD Dashboard |
| Exhibit 31 | Updated Round Rock ISD Dashboard |
| Exhibit 32 | Updated Richardson ISD Dashboard 1 |
| Exhibit 33 | Updated Richardson ISD Dashboard 2 |
| Exhibit 34 | Updated San Antonio ISD Dashboard 1 |
| Exhibit 35 | Updated San Antonio ISD Dashboard 2 |
| Exhibit 36 | Updated Leander ISD Dashboard 1 |
| Exhibit 37 | Updated Leander ISD Dashboard 2 |
| Exhibit 38 | Updated Killeen ISD Dashboard 1 |
| Exhibit 39 | Updated Killeen ISD Dashboard 2 |

Exhibit 40            Updated DSHS

Exhibit 41            2021.09.26 COVID Chart

Exhibit 42            Austin Kinghorn Deposition Excerpts [1]

           Respectfully submitted,

           KEN PAXTON
           Attorney General of Texas

           BRENT WEBSTER
           First Assistant Attorney General

           GRANT DORFMAN
           Deputy First Assistant Attorney General

           SHAWN COWLES
           Deputy Attorney General for Civil Litigation

           THOMAS A. ALBRIGHT
           Chief - General Litigation Division

           /s/  Ryan G. Kercher
           RYAN G. KERCHER
           Texas Bar No. 24060998
           TAYLOR GIFFORD
           Texas Bar No. 24027262
           CHRISTOPHER HILTON
           Texas Bar No. 24087727
           TODD DICKERSON
           Texas Bar No. 24118368
           Assistant Attorneys General
           Office of the Attorney General
           P.O. Box 12548, Capitol Station
           Austin, Texas 78711-2548
           Phone: 512-463-2120
           Fax: 512-320-0667
           Ryan.Kercher@oag.texas.gov
           Taylor.Gifford@oag.texas.gov
           Christopher.Hilton@oag.texas.gov
           Todd.Dickerson@oag.texas.gov
           *Counsel for Defendants*

---

[1] FED. R. EVID. 106

**CERTIFICATE OF SERVICE**

    I certify that on October 5, 2021, a true and correct copy of the foregoing document was served via the Court's CM/ECF system to all counsel of record.

                                                                                                         */s/ Ryan G. Kercher*
                                                                                                          RYAN G. KERCHER
                                                                                                          Assistant Attorney General