UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| E.T., by and through her parents and next friends; J.R., by and through her parents and next friends; H.M., by and through her parents and next friends; E.S., by and through her parents and next friends; M.P., by and through her parents and next friends; S.P., by and through her parents and next friends; and A.M., by and through her parents and next friends.<br><br>Plaintiffs,<br><br>v.<br><br>MIKE MORATH, in his official capacity as the COMMISSIONER of the TEXAS EDUCATION AGENCY; the TEXAS EDUCATION AGENCY; and ATTORNEY GENERAL KENNETH PAXTON, in his official capacity as ATTORNEY GENERAL OF TEXAS,<br><br>Defendants. | Civil Action No. 1:21-CV-00717-LY |

**PLAINTIFFS' NOTICE OF STATUTORY AND REGULATORY
AUTHORITY RELIED UPON FOR SECTION 504/ADA CLAIMS**

Pursuant to the Court's instruction at the October 6, 2021 trial, Plaintiffs submit this list of statutory and regulatory authority relied upon for their claims brought under the Americans with Disabilities Act of 1990 ("ADA") and Section 504 of the Rehabilitation Act of 1973 ("Section 504").

- Title II of the ADA – Statutory and Regulatory Authority

    o Title II of the Americans with Disabilities Act of 1990, 42 U.S.C. §§ 12131-12134 (1990) (*see* § 12132 providing for the prohibition on discrimination against

  individuals with a disability and § 12134 authorizing the Attorney General to promulgate regulations that implement Title II)

- 28 C.F.R. § 35.130(b)(1)(i)-(ii), (vii) (2016)
- 28 C.F.R. § 35.130(b)(7)(i) (2016)
- 28 C.F.R. § 35.150 (2012)

- Section 504 – Statutory and Regulatory Authority
    - Section 504 of the Rehabilitation Act of 1973, 29 U.S.C. § 794 (2016) (*see* § 794(a) authorizing federal agencies, including the Department of Education, to promulgate regulations to carry out Section 504)
    - 34 C.F.R. § 104.4(b)(1)(i) (2000)

Dated: October 7, 2021

          Respectfully submitted,

          /s/ Thomas M. Melsheimer

          Thomas M. Melsheimer
          Texas Bar No. 13922550
          tmelsheimer@winston.com
          Linda T. Coberly (*pro hac vice*)
          LCoberly@winston.com
          Scott C. Thomas
          Texas Bar No. 24046964
          scthomas@winston.com
          Alex Wolens
          Texas Bar No. 24110546
          John Michael Gaddis (*pro hac vice*)
          Texas Bar No. 24069747
          William G. Fox, Jr.

Texas Bar No. 24101766
**WINSTON & STRAWN LLP**
2121 N. Pearl Street, Suite 900
Dallas, TX 75201
(214) 453-6500
(214) 453-6400 (fax)

Brandon W. Duke (*pro hac vice*)
Texas Bar No. 240994476
bduke@winston.com
**WINSTON & STRAWN LLP**
800 Capitol St., Suite 2400
Houston, TX 77002
(713) 651-2600
(713) 651-2700 (fax)

Dustin Rynders (*pro hac vice*)
Texas Bar No. 24048005
drynders@drtx.org
**DISABILITY RIGHTS TEXAS**
1500 McGowen, Suite 100
Houston, TX 77004
(713) 974-7691
(713) 974-7695 (fax)

L. Kym Davis Rogers
Texas Bar No. 00796442
krogers@drtx.org
**DISABILITY RIGHTS TEXAS**
1420 W. Mockingbird Lane, Suite 450
Dallas, TX 75247
(214) 845-4045
(214) 630-3472 (fax)

Robert Winterode (*pro hac vice*)
Texas Bar No. 24085664
rwinterode@drtx.org
**DISABILITY RIGHTS TEXAS**
2211 E. Missouri, Suite 243
El Paso, TX 79903
(210) 424-9652
(915) 542-2676 (fax)

Peter Hofer
Texas Bar No. 09777275
phofer@drtx.org

Brian East
Texas Bar No. 06360800
beast@disabilityrightstx.org
**DISABILITY RIGHTS TEXAS**
2222 West Braker Lane
Austin, TX 78758
(512) 407-2745
(512) 454-3999 (fax)

**ATTORNEYS FOR PLAINTIFFS**

**CERTIFICAE OF SERVICE**

    The undersigned certifies that counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on October 7, 2021.

                                                   */s/Thomas Melsheimer*
                                                   Thomas Melsheimer