FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

21 NOV 12 PM 1:34

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
            DEPUTY CLERK

| | | |
|---|---|---|
| E.T., BY AND THROUGH HER PARENTS AND NEXT FRIENDS; D.D., BY AND THROUGH HER PARENTS AND NEXT FRIENDS; J.R., BY AND THROUGH HER PARENTS AND NEXT FRIENDS; H.M, BY AND THROUGH HER PARENTS AND NEXT FRIENDS; E.S., BY AND THROUGH HER PARENTS AND NEXT FRIENDS; M.P, BY AND THROUGH HER PARENTS AND NEXT FRIENDS; S.P., BY AND THROUGH HER PARENTS AND NEXT FRIENDS; AND A.M., BY AND THROUGH HER PARENTS AND NEXT FRIENDS, PLAINTIFFS, | § § § § § § § § § § § § § § § § § § § | |
| V. | § § § | CAUSE NO. 1:21-CV-717-LY |
| MIKE MORATH, IN HIS OFFICIAL CAPACITY AS THE COMMISSIONER OF THE TEXAS EDUCATION AGENCY; THE TEXAS EDUCATION AGENCY; AND ATTORNEY GENERAL KENNETH PAXTON, IN HIS OFFICIAL CAPACITY AS ATTORNEY GENERAL OF TEXAS, DEFENDANTS. | § § § § § § § § § § | |

## ORDER

Before the court in the above styled and numbered action is Defendant Kenneth Paxton, in his official capacity as Attorney General of Texas's ("Attorney General Paxton") Motion for Stay Pending Appeal filed November 11, 2021 (Doc. #85). The motion was filed on Veterans Day, a federal holiday, and therefore, the court became aware of the filing today. The motion requests that the court stay the Permanent Injunction rendered on November 10, 2021, during the pendency of

Attorney General Paxton's appeal of the injunction to the United States Court of Appeals for the Fifth Circuit, and that the court render a ruling on the motion by close of business today.

Having reviewed the motion, the court finds that a response to the motion would be helpful before the court rules on the request for a stay and that Plaintiffs should be afforded adequate time to file a response. Therefore,

**IT IS ORDERED** that Plaintiffs may file a response to the Motion for Stay Pending Appeal filed November 11, 2021 (Doc. #85) **on or before Tuesday, November 16, 2021, at 5:00 p.m. Austin, Texas time.**

SIGNED this __12th__ day of November, 2021.

LEE YEAKEL
UNITED STATES DISTRICT JUDGE