UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| E.T., by and through her parents and next friends; J.R., by and through her parents and next friends; H.M., by and through her parents and next friends; E.S., by and through her parents and next friends; M.P., by and through her parents and next friends; S.P., by and through her parents and next friends; and A.M., by and through her parents and next friends,<br><br>Plaintiffs,<br>v.<br><br>MIKE MORATH, in his official capacity as the COMMISSIONER of the TEXAS EDUCATION AGENCY; the TEXAS EDUCATION AGENCY; and ATTORNEY GENERAL KENNETH PAXTON, in his official capacity as ATTORNEY GENERAL OF TEXAS,<br><br>Defendants. | Civil Action No. 1:21-CV-00717-LY |

**ORDER DENYING DEFENDANTS' MOTION TO STAY PENDING APPEAL**

On this day, the Court considered Defendants' Motion to Stay Pending Appeal. After consideration of the law and filings of the parties, the Court finds that the requirements for a stay pending appeal have not been met.

It is therefore, **ORDERED** that Defendants' Motion to Stay Pending Appeal is **DENIED**.

SIGNED this _____ day of _____, 2021.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE