IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| E.T. by and through her parents and as next friends, et al.,<br><br>*Plaintiffs,*<br><br>v.<br><br>Mike Morath, in his official capacity as the Commissioner of the Texas Education Agency; the Texas Education Agency; and Attorney General Ken Paxton, in is official capacity as Attorney General of Texas,<br><br>*Defendants.* | § § § § § § § § § § § § § § § § | Civil Action No. 1:21-cv-00717-LY |

### DEFENDANT'S NOTICE OF NO REPLY IN SUPPORT OF MOTION FOR STAY

Defendant Ken Paxton, in his official capacity as Attorney General of Texas ("Attorney General") hereby notifies the Court that, to expedite a ruling on the Motion to Stay (ECF 85), he will file no reply in support thereof. The Attorney General respectfully requests the Court grant the Motion to Stay for the reasons stated therein.

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

GRANT DORFMAN
Deputy First Assistant Attorney General

SHAWN COWLES
Deputy Attorney General for Civil Litigation

THOMAS A. ALBRIGHT
Chief - General Litigation Division

1

/s/ Ryan G. Kercher
RYAN G. KERCHER
Texas Bar No. 24060998
TAYLOR GIFFORD
Texas Bar No. 24027262
CHRISTOPHER HILTON
Texas Bar No. 24087727
TODD DICKERSON
Texas Bar No. 24118368
Assistant Attorneys General
Office of the Attorney General
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Phone: 512-463-2120
Fax: 512-320-0667
Ryan.Kercher@oag.texas.gov
Taylor.Gifford@oag.texas.gov
Christopher.Hilton@oag.texas.gov
Todd.Dickerson@oag.texas.gov
*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I certify that on November 17, 2021, a true and correct copy of the foregoing document was served via the Court's CM/ECF system to all counsel of record.

/s/ Ryan G. Kercher
RYAN G. KERCHER