UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
21 NOV 23 PM 3:19
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY CLERK

| | |
|---|---|
| E.T., by and through her parents and next friends; J.R., by and through her parents and next friends; H.M., by and through her parents and next friends; E.S., by and through her parents and next friends; M.P., by and through her parents and next friends; S.P., by and through her parents and next friends; and A.M., by and through her parents and next friends,<br><br>Plaintiffs,<br>v.<br><br>MIKE MORATH, in his official capacity as the COMMISSIONER of the TEXAS EDUCATION AGENCY; the TEXAS EDUCATION AGENCY; and ATTORNEY GENERAL KENNETH PAXTON, in his official capacity as ATTORNEY GENERAL OF TEXAS,<br><br>Defendants. | Civil Action No. 1:21-CV-00717-LY |

## ORDER GRANTING UNOPPOSED MOTION TO EXTEND TIME TO FILE MOTIONS FOR COSTS AND ATTORNEY'S FEES

On this day, the Court considered the parties' Unopposed Motion to Extend Time to File Motions for Costs and Attorney's Fees. After consideration of the law and filings of the parties, the Court finds that the motion should be granted.

It is therefore, **ORDERED** that the parties Unopposed Motion to Extend Time to File Motions for Costs and Attorney's Fees is **GRANTED**. The parties shall have until 14 days after the resolution of the appeal in this matter to file a motion for award of costs and attorney's fees. For purposes of this order, "resolution of the appeal" shall mean the date on which the mandate issues for the opinion or order of the United States Court of Appeals for the Fifth Circuit or the

Supreme Court of the United States that fully disposes of all issues on appeal or the date after which a petition for writ of certiorari can no longer be filed, whichever is later.

SIGNED this **23rd** day of **November**, 2021.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE