# United States Court of Appeals
# for the Fifth Circuit

---

No. 21-51083

---

E.T., *by and through her parents and next friends*; J.R., *by and through her parents and next friends*; S.P., *by and through her parents and next friends*; M.P., *by and through her parents and next friends*; E.S., *by and through her parents and next friends*; H.M., *by and through her parents and next friends*; A.M., *by and through her parents and next friends*,

    *Plaintiffs—Appellees*,

*versus*

Kenneth Paxton, *in his official capacity as Attorney General of Texas*,

    *Defendant—Appellant*.

---

Appeal from the United States District Court
for the Western District of Texas
USDC No. 1:21-CV-717

---

Before Elrod, Oldham, and Wilson, *Circuit Judges*.

Per Curiam:

    IT IS ORDERED that Appellant's opposed motion for a temporary administrative stay while this court considers Appellant's motion for a stay pending appeal is GRANTED. The permanent injunction entered by the district court is STAYED pending further order of the court.

# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

November 24, 2021

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 21-51083   E.T. v. Paxton
                       USDC No. 1:21-CV-717

Enclosed is an order entered in this case.

                    Sincerely,

                    LYLE W. CAYCE, Clerk

                    By: _____
                    Roeshawn Johnson, Deputy Clerk
                    504-310-7998

Ms. Jeannette Clack
Mr. Brandon W. Duke
Mr. Brian D. East
Mr. John Michael Gaddis
Mr. Eric J. Hamilton
Mr. Ryan Glen Kercher
Ms. L. Kym Davis Rogers
Mr. Judd Edward Stone II