

# KEN PAXTON
ATTORNEY GENERAL OF TEXAS

**RYAN G. KERCHER**  
Assistant Attorney General  
General Litigation Division

PHONE: (512) 463-2120  
FAX: (512) 320-0667  
EMAIL: Ryan.Kercher@oag.texas.gov

June 3, 2022

*Via CM/ECF:*

Samantha Oakes, Courtroom Deputy to
U.S. District Judge Lee Yeakel
501 West 5th Street, Ste 7300
Austin, TX 78701

    Re:    *E.T., et al v. Governor Greg Abbott, et al*;
Civil Action No. 1:21-CV-00717-LY, In the United States District Court,
Western District of Texas, Austin Division
**ATTORNEY VACATION NOTIFICATION**

Dear Ms. Oakes:

Please be advised that I will be out of the office on vacation from July 4, 2022 through July 8, 2022 and August 8, 2022 through August 12, 2022 with limited access to e-mail, phone, and internet. As such, I respectfully request that no documents be filed nor matters set for hearing that require a timed response and/or an appearance which would occur during or including the period I will not be available. Thank you.

    Respectfully,

    */s/ Ryan G. Kercher*

    Ryan G. Kercher
    Assistant Attorney General
    General Litigation Division

CC:    Counsel of Record via CM/ECF